**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF WEST VIRGINIA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Pin Oak Properties, LLC** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **54-2152854** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2500 Fairmont Avenue**<br>**Fairmont, WV 26554**<br>Number, Street, City, State & ZIP Code | **3120 Fairway Drive**<br>**Morgantown, WV 26508**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Marion**<br>County | **Location of principal assets, if different from principal place of business**<br>**2500 Fairmont Avenue Fairmont, WV 26554**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_5311_

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

No: 1:17-bk-00608   Doc 1   Filed 06/07/17   Entered 06/07/17 16:44:49   Page 3 of 46

Case number *(if known)*

---

**11. Why is the case filed in this district?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

- ☐ It needs to be physically secured or protected from the weather.

- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

- ☐ Other _____

**Where is the property?** _____

        Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No

- ☐ Yes.  Insurance agency _____

         Contact name _____

         Phone _____

---

## ■ Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.

- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **June  7, 2017**
                MM / DD / YYYY

**X** **/s/ Dietrich Steve Fansler**                              **Dietrich Steve Fansler**
     Signature of authorized representative of debtor             Printed name

Title     **Managing Member**

**18. Signature of attorney**

**X** **/s/ David M. Jecklin**                              Date     **June  7, 2017**
     Signature of attorney for debtor                              MM / DD / YYYY

**David M. Jecklin**
Printed name

**Gianola, Barnum, Bechtel & Jecklin, LC**
Firm name

**1714 Mileground**
**Morgantown, WV 26505**
Number, Street, City, State & ZIP Code

Contact phone     **(304) 291-6300**     Email address     **djecklin@gbbjlaw.com**

**9678**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Pin Oak Properties, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June  7, 2017**     X **/s/ Dietrich Steve Fansler**
                                                   Signature of individual signing on behalf of debtor

                                                   **Dietrich Steve Fansler**
                                                   Printed name

                                                   **Managing Member**
                                                   Position or relationship to debtor

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Pin Oak Properties, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF WEST VIRGINIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **City of Fairmont P.O. Box 182304 Columbus, OH 43218** | | **Business debt.** | | | | $7,882.14 |
| **CW Stickley 69 Middletown Road White Hall, WV 26554** | | **Business debt.** | | | | $12,031.00 |
| **Internal Revenue Service P.O. Box 145595 Cincinnati, OH 45250** | | **Federal tax lien for 940 taxes for period ending 12/31/15 and 941 taxes for period ending: 03/31/16; 06/30/16; and 09/30/16.** | | | | $51,751.66 |
| **Internal Revenue Service P.O. Box 145595 Cincinnati, OH 45250** | | **Federal tax lien for 941 taxes for periods ending: 12/31/14; 09/30/15; and 12/31/15.** | | | | $43,203.91 |
| **Internal Revenue Service P.O. Box 145595 Cincinnati, OH 45250** | | **Federal tax lien for 940 taxes for period ending 12/31/10 and 941 taxes for period ending 09/30/14.** | | | | $24,329.19 |
| **Internal Revenue Service P.O. Box 145595 Cincinnati, OH 45250** | | **Federal tax lien for 941 taxes for periods ending 03/31/15.** | | | | $21,454.64 |
| **Internal Revenue Service P.O. Box 145595 Cincinnati, OH 45250** | | **Federal tax lien for 940 taxes for period ending 12/31/14 and 941 taxes for period ending 06/30/15.** | | | | $20,704.12 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **Pin Oak Properties, LLC**
      Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lee's Drywall 243 Hidden Meadow Lane Swanton, MD 21561** | | **Consumer debt.** | | | | **$170,721.40** |
| **Marion County Sheriff Tax Office 200 Jackson St 101 Fairmont, WV 26555** | | **Real estate taxes.** | | | | **$335,498.40** |
| **Morgantown Security & Fire P.O. Box 645353 Pittsburgh, PA 15264** | | **Business debt.** | | | | **$2,313.71** |
| **Peoples Gas P.O. Box 645345 Pittsburgh, PA 15264** | | **Business debt.** | | | | **$2,646.15** |
| **Rosso Roofing 121 Railroad Street Uniontown, PA 15401** | | **Business debt.** | | | | **$4,240.00** |
| **State of WV Tax Dept. P.O. Box 2745 Charleston, WV 25330** | | **Taxes** | | | | **$37,924.36** |
| **Town of White Hall 3 Timrod Dr, Fairmont, WV 26554** | | **Fire fee.** | **Contingent Unliquidated Disputed** | | | **$88,374.63** |
| **Travelers P.O. Box 361136 Columbus, OH 43236** | | **Business debt.** | | | | **$3,547.00** |
| **West Virginia State Tax Department Bankruptcy Division P.O. Box 766 Charleston, WV 25323** | | **State tax lien for periods: 03/31/14; 06/30/14; 09/30/14; 12/31/14; 03/31/15; 06/30/15; 09/30/15; and 12/31/15.** | | | | **$36,595.12** |
| **WorkForce WV Legal Section 112 California Avenue Charleston, WV 25305** | | **Unemployment Compensation tax lien for 07/01/15 through 09/30/15 and 01/01/16 through 03/31/16.** | | | | **$2,464.90** |
| **WorkForce WV Legal Section 112 California Avenue Charleston, WV 25305** | | **Unemployment Compensation tax lien for 10/01/14 through 06/30/15.** | | | | **$11,471.98** |

Debtor   **Pin Oak Properties, LLC**                                     Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WV Insurance Commissioner P.O. Box 50540 Charleston, WV 25305** | | **Tax** | | | | **$6,031.20** |
| **WV Unemployment Compensation Div. P.O. Box 2573 Charleston, WV 25301** | | **Tax** | | | | **$8,928.43** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Pin Oak Properties, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:    Summary of Assets

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..............................................................................    $    **18,000,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................................    $    **2,000.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................    $    **18,002,000.00**

### Part 2:    Summary of Liabilities

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **13,217,961.95**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $    **601,972.60**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$    **295,282.53**

4.    **Total liabilities** ................................................................................................
    Lines 2 + 3a + 3b    $    **14,115,217.08**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Pin Oak Properties, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Office furniture. | $0.00 | Comparable sale | $1,000.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Computer and a copy machine. | $0.00 | Comparable sale | $1,000.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.                                                    $2,000.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property <br> Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Pin Oak Properties, LLC**                                    Case number *(if known)*
Name

| 55.1. | **29.64 acres, 0.637 acres, and 0.944 acres of real estate located in Middletown Mall, White Hall, Grant District, Marion County, West Virginia. DB 1009, Pg 364.** | Equitable interest | | $0.00 | Revenue based | | $18,000,000.00 |

| 56. | **Total of Part 9.** | | $18,000,000.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
 ■ No
 ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
 ■ No
 ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

 ■ No.  Go to Part 11.
 ☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
 Include all interests in executory contracts and unexpired leases not previously reported on this form.

 ■ No.  Go to Part 12.
 ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

No. 1:17-bk-00608   Doc 1   Filed 06/07/17   Entered 06/07/17 16:44:49   Page 13 of 46

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................> | | $18,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,000.00 | + 91b. $18,000,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $18,002,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor name | **Pin Oak Properties, LLC** |
|---|---|
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property　　　　12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

　☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

　☑ Yes. Fill in all of the information below.

**Part 1:　List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Advance Refrigeration, Inc.** | | |
|---|---|---|---|

| | | **Describe debtor's property that is subject to a lien** | **$176,545.40** | **$176,545.40** |

Creditor's Name

**689 Fairchance Road**
**Morgantown, WV 26508**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Judgment lien in the Monongalia County Circuit Court, styled Advance Refrigeration, Inc. et al. v. Deitrich Steven Fansler and Pin Oak Properties, LLC, Case No. 13-C-1000.**　　　$176,545.40　　　$176,545.40

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/01/14**

**Last 4 digits of account number**
**1000**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **City Neon, Inc.** | | |
|---|---|---|---|

Creditor's Name

**c/o Michael L. Solomon**
**Solomon & Solomon**
**330 Chestnut Street**
**Morgantown, WV 26505**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Judgment lien in the Marion County Circuit Court, styled City Neon, Inc. v. Pin Oak Properties, LLC, Case No. 11-C-398.**　　　$60,170.00　　　$60,170.00

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**01/19/12**

**Last 4 digits of account number**
**C398**

---

Official Form 206D　　　**Schedule D: Creditors Who Have Claims Secured by Property**　　　page 1 of 5

| | | | |
|---|---|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| ☑ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

---

| 2.3 | **Clear Mountain Bank** | **Describe debtor's property that is subject to a lien** | **$300,000.00** | **$18,000,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **29.64 acres, 0.637 acres, and 0.944 acres of real estate located in Middletown Mall, White Hall, Grant District, Marion County, West Virginia. DB 1009, Pg 364.** | | |
| | **P.O. Box 205**<br>**Bruceton Mills, WV 26525** | | | |
| | Creditor's mailing address | **Describe the lien**<br>**Deed of Trust** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☑ No | | |
| | **05/19/16** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. General Acquistions, LLC**<br>**2. RDR Properties**<br>**3. Clear Mountain Bank** | ☐ Disputed |

---

| 2.4 | **FK Everest, Inc** | **Describe debtor's property that is subject to a lien** | **$250,000.00** | **$250,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **Judgment lien in the Marion County Circuit Court, styled FK Everest, Inc. v. Dietrich S. Fansler, Pin Oak Properties, LLC, et al. Case No. 10-C-320.** | | |
| | **140 Business, Park Dr,**<br>**Fairmont, WV 26554** | | | |
| | Creditor's mailing address | **Describe the lien**<br>**Judgment Lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | **05/21/12** | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number**<br>**C320** | | | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **General Acquistions, LLC** | **Describe debtor's property that is subject to a lien** | **$12,031,000.00** | **$18,000,000.00** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Creditor's Name

**6200 Mid Atlantic Drive
Morgantown, WV 26508**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**10/05/16**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**29.64 acres, 0.637 acres, and 0.944 acres of real estate located in Middletown Mall, White Hall, Grant District, Marion County, West Virginia. DB 1009, Pg 364.**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Gianola, Barnum, Bechtel & Jecklin, LC** | | | |
|---|---|---|---|---|

Creditor's Name

**1714 Mileground
Morgantown, WV 26505**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien                    $3,148.05          $3,148.05
**Judgment lien in the Monongalia County Magistrate Court, styled Gianola Barnum, Bechtel & Jecklin, LC v. Pin Oak Properties, LLC, Case No. 16-M31C-874.**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Jackson Kelly, PLLC** | | | |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 553
Charleston, WV 25322**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**06/04/13**

Describe debtor's property that is subject to a lien                    $173,957.41         $173,957.41
**Judgment lien in the Marion County Circuit Court, styled Jackson Kelly, PLLC v. Deitrich S. Fansler and Pin Oak Properties, LLC, Case No. 13-C-817.**

Describe the lien
**Judgment Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

**Last 4 digits of account number**
**C817**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.8 | **Mercantile Realty, Inc.** | Describe debtor's property that is subject to a lien | $55,658.21 | $55,658.21 |
|---|---|---|---|---|

Creditor's Name

**Chelsae Richmond**
**Robinson & McElwee,**
**PLLC**
**P.O. Box 1791**
**Charleston, WV 25326**

Creditor's mailing address

**Judgment in the Kanawha County Circuit Court, styled Mercantile Realty, Inc. v. Tree Dollar, LLC, Pin Oak Properties, LLC and Stephen Fansler, Case No. 14-C-646.**

Describe the lien
**Judgment Lien**

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**01/04/16**

**Last 4 digits of account number**
**C646**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.9 | **R.D. Wilson Sons & Company** | Describe debtor's property that is subject to a lien | $1,482.88 | $1,482.88 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 1486**
**Clarksburg, WV 26301**

Creditor's mailing address

**Judgment in the Harrison County Magistrate Court, styled R.D. Wilson-Sons & Co. v. Pin Oak Properties, LLC, Case No. 11C-521.**

Describe the lien
**Judgment Lien**

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**06/09/11**

**Last 4 digits of account number**
**C521**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 0 | **RDR Properties** | Describe debtor's property that is subject to a lien | $166,000.00 | $18,000,000.00 |
|---|---|---|---|---|

---

In re Pin Oak Properties, LLC    Doc 1    Filed 06/07/17    Entered 06/07/17 16:44:49    Page 18 of 46

| Creditor's Name | 29.64 acres, 0.637 acres, and 0.944 acres of real estate located in Middletown Mall, White Hall, Grant District, Marion County, West Virginia. DB 1009, Pg 364. |
|---|---|

**6200 Mid Atlantic Drive**
**Morgantown, WV 26508**

Creditor's mailing address

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/22/13**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $13,217,961.95

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Reeder & Shuman**<br>**256 High Street**<br>**Morgantown, WV 26507** | Line  2.5 | |
| **Water Warner & Harris**<br>**P.O. Box 1716**<br>**Clarksburg, WV 26302** | Line  2.9 | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Pin Oak Properties, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,203.91 | $43,203.91 |
|---|---|---|---|---|

**Internal Revenue Service**
P.O. Box 145595
Cincinnati, OH 45250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**11/01/16**

Basis for the claim:
**Federal tax lien for 941 taxes for periods ending: 12/31/14; 09/30/15; and 12/31/15.**

Last 4 digits of account number **7116**

Is the claim subject to offset?

■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,704.12 | $20,704.12 |
|---|---|---|---|---|

**Internal Revenue Service**
P.O. Box 145595
Cincinnati, OH 45250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**12/16/16**

Basis for the claim:
**Federal tax lien for 940 taxes for period ending 12/31/14 and 941 taxes for period ending 06/30/15.**

Last 4 digits of account number **6416**

Is the claim subject to offset?

■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.3 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 145595**<br>**Cincinnati, OH 45250** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $51,751.66 | $51,751.66 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br><br>**05/11/17** | Basis for the claim:<br>**Federal tax lien for 940 taxes for period ending 12/31/15 and 941 taxes for period ending: 03/31/16; 06/30/16; and 09/30/16.** | | |
| | Last 4 digits of account number **1317**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 145595**<br>**Cincinnati, OH 45250** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $21,454.64 | $21,454.64 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**08/26/15** | Basis for the claim:<br>**Federal tax lien for 941 taxes for periods ending 03/31/15.** | | |
| | Last 4 digits of account number **6415**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 145595**<br>**Cincinnati, OH 45250** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $24,329.19 | $24,329.19 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br><br>**07/01/15** | Basis for the claim:<br>**Federal tax lien for 940 taxes for period ending 12/31/10 and 941 taxes for period ending 09/30/14.** | | |
| | Last 4 digits of account number **2315**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address<br>**Marion County Sheriff Tax Office**<br>**200 Jackson St 101**<br>**Fairmont, WV 26555** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $335,498.40 | $335,498.40 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**06/30/16** | Basis for the claim:<br>**Real estate taxes.** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| | | | |
|---|---|---|---|
| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,924.36 | $37,924.36 |

**2.7** Priority creditor's name and mailing address
**State of WV Tax Dept.**
**P.O. Box 2745**
**Charleston, WV 25330**

As of the petition filing date, the claim is:                                 $37,924.36    $37,924.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/30/16**

Basis for the claim:
**Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8** Priority creditor's name and mailing address
**West Virginia State Tax**
**Department**
**Bankruptcy Division**
**P.O. Box 766**
**Charleston, WV 25323**

As of the petition filing date, the claim is:                                 $36,595.12    $36,595.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**08/05/16**

Basis for the claim:
**State tax lien for periods: 03/31/14; 06/30/14;**
**09/30/14; 12/31/14; 03/31/15; 06/30/15; 09/30/15;**
**and 12/31/15.**

Last 4 digits of account number **8544**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9** Priority creditor's name and mailing address
**WorkForce WV Legal Section**
**112 California Avenue**
**Charleston, WV 25305**

As of the petition filing date, the claim is:                                 $1,614.69     $1,614.69
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**09/28/12**

Basis for the claim:
**Unemployment Compensation tax lien for**
**04/01/12 through 06/30/12.**

Last 4 digits of account number **0962**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10** Priority creditor's name and mailing address
**WorkForce WV Legal Section**
**112 California Avenue**
**Charleston, WV 25305**

As of the petition filing date, the claim is:                                 $11,471.98    $11,471.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**09/11/15**

Basis for the claim:
**Unemployment Compensation tax lien for**
**10/01/14 through 06/30/15.**

Last 4 digits of account number **0962**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,464.90 | $2,464.90 |
|---|---|---|---|---|

**WorkForce WV Legal Section**
**112 California Avenue**
**Charleston, WV 25305**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**07/08/16**

Basis for the claim:
**Unemployment Compensation tax lien for 07/01/15 through 09/30/15 and 01/01/16 through 03/31/16.**

Last 4 digits of account number **0962**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,031.20 | $6,031.20 |
|---|---|---|---|---|

**WV Insurance Commissioner**
**P.O. Box 50540**
**Charleston, WV 25305**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**03/01/17**

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,928.43 | $8,928.43 |
|---|---|---|---|---|

**WV Unemployment Compensation Div.**
**P.O. Box 2573**
**Charleston, WV 25301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**09/05/16**

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | $7,882.14 |

**City of Fairmont**
**P.O. Box 182304**
**Columbus, OH 43218**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  04/08/16**

Basis for the claim:  **Business debt.**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,031.00 |
|---|---|---|---|

**CW Stickley**
**69 Middletown Road**
**White Hall, WV 26554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/29/15**
Last 4 digits of account number __

Basis for the claim:  **Business debt.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $978.75 |
|---|---|---|---|

**Gianola, Barnum, Bechtel & Jecklin, LC**
**1714 Mileground**
**Morgantown, WV 26505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Attorney fees.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170,721.40 |
|---|---|---|---|

**Lee's Drywall**
**243 Hidden Meadow Lane**
**Swanton, MD 21561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/05/16**
Last 4 digits of account number __

Basis for the claim:  **Consumer debt.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,313.71 |
|---|---|---|---|

**Morgantown Security & Fire**
**P.O. Box 645353**
**Pittsburgh, PA 15264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/28/16**
Last 4 digits of account number __

Basis for the claim:  **Business debt.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,646.15 |
|---|---|---|---|

**Peoples Gas**
**P.O. Box 645345**
**Pittsburgh, PA 15264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/05/16**
Last 4 digits of account number __

Basis for the claim:  **Business debt.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,240.00 |
|---|---|---|---|

**Rosso Roofing**
**121 Railroad Street**
**Uniontown, PA 15401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/03/17**
Last 4 digits of account number __

Basis for the claim:  **Business debt.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,401.39 |
|---|---|---|---|

**Security Systems of America**
**500 Admore Blvd**
**Pittsburgh, PA 15221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/19/14**
Last 4 digits of account number __

Basis for the claim:  **Business debt.**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,146.36 |
|---|---|---|---|

**Southern Air**
P.O. Box 4205
Lynchburg, VA 24502

Date(s) debt was incurred  05/25/16

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88,374.63 |
|---|---|---|---|

**Town of White Hall**
3 Timrod Dr, Fairmont
Fairmont, WV 26554

Date(s) debt was incurred  07/18/16

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Fire fee.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,547.00 |
|---|---|---|---|

**Travelers**
P.O. Box 361136
Columbus, OH 43236

Date(s) debt was incurred  10/19/16

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt.**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 601,972.60 |
| 5b. Total claims from Part 2 | 5b. + $ | 295,282.53 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 897,255.13 |

Fill in this information to identify the case:    Case 1    Filed 06/07/17    Entered 06/07/17 16:44:49

| | |
|---|---|
| Debtor name | **Pin Oak Properties, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease Agreement.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Aaron's**<br>**56319 National Road**<br>**Bridgeport, OH 43912** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease Agreement.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **BB&T**<br>**127 W Webster Street**<br>**Whiteville, NC 28472** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease Agreement.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Bioscript Infusion Services, LLC**<br>**100 Clearbrook Road, 3rd Fl**<br>**Elmsford, NY 10523** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease Agreement.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **D & S Collectibles**<br>**9479 Middletown Mall**<br>**White Hall, WV 26554** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

NPL 1:17-bk-00608   Doc 1   Filed 06/07/17   Entered 06/07/17 16:44:49   Page 26 of 46

| ■ | **Additional Page if You Have More Contracts or Leases** |
|---|---|

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease Agreement.** | |
|---|---|---|---|
| | State the term remaining | | **D&M Properties, LLC**<br>**c/o Martin A. Burdoff**<br>**21 New England Circle**<br>**Fairmont, WV 26554** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease Agreement.** | |
|---|---|---|---|
| | State the term remaining | | **Deep Valley, LLC**<br>**24 Arrow Lane**<br>**Mannington, WV 26582** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease Agreement.** | |
|---|---|---|---|
| | State the term remaining | | **Diane's Hallmark**<br>**9357 Middletown Mall**<br>**Fairmont, WV 26554** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Dolgencorp, LLC**<br>**Attn: Director of Lease Renewals**<br>**Re: Store #900**<br>**100 Mission Ridge**<br>**Goodlettsville, TN 37072** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease Agreement.** | |
|---|---|---|---|
| | State the term remaining | | **Don Burrito of Fairmont, Inc.**<br>**Attn: Francisco Guerrero**<br>**57 Norway Loop Road**<br>**Fairmont, WV 26554** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease Agreement.** | |
|---|---|---|---|
| | State the term remaining | | **G.S.A.**<br>**U.S.G.S.A.**<br>**The Strawbridge's Building**<br>**20 North Eight Street**<br>**Philadelphia, PA 19107** |
| | List the contract number of any | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease Agreement.** | |
|---|---|---|---|
| | State the term remaining | | **Hardee's** |
| | List the contract number of any government contract | | **7490 Clubhouse Rd.** |
| | | | **Boulder, CO 80301** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease Agreement.** | |
|---|---|---|---|
| | State the term remaining | | **High Life Lounge** |
| | List the contract number of any government contract | | **9723 Mall Loop** |
| | | | **White Hall, WV 26554** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease Agreement.** | |
|---|---|---|---|
| | State the term remaining | | **K.B. & B. Associates, Inc.** |
| | List the contract number of any government contract | | **dba Mattress Warehouse** |
| | | | **Legal Deptartment** |
| | | | **2982 Winfield Road** |
| | | | **Winfield, WV 25213** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease Agreement.** | |
|---|---|---|---|
| | State the term remaining | | **Master Cuts #4926** |
| | List the contract number of any government contract | | **7201 Metro Boulevard** |
| | | | **Minneapolis, MN 55439** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease Agreement.** | |
|---|---|---|---|
| | State the term remaining | | **Regis Corp** |
| | List the contract number of any government contract | | **7201 Metro Boulevard** |
| | | | **Minneapolis, MN 55439** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease Agreement.** | **SNS Foods, Inc.** |
|---|---|---|---|
| | | | **Attn: Tom Jamieson** |
| | | | **107 Regency Drive** |
| | | | **Uniontown, PA 15401** |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease Agreement.** | |
|---|---|---|---|
| | State the term remaining | | **Subway Store No. 11204** |
| | List the contract number of any government contract _____ | | **9547 Middletown Mall**<br>**Fairmont, WV 26554** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease Agreement.** | |
|---|---|---|---|
| | State the term remaining | | **The Jewelers Bench** |
| | List the contract number of any government contract _____ | | **9329 Middletown Mall**<br>**Fairmont, WV 26554** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease Agreement.** | |
|---|---|---|---|
| | State the term remaining | | **United States of America Baltimore Dist.** |
| | List the contract number of any government contract _____ | | **U.S. Army Engineer Dist.**<br>**City Crescent Building**<br>**Seventh Floor, Ste 7600**<br>**Baltimore, MD 21201** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Pin Oak Properties, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Dietrich Steve Fansler** | **3120 Fairway Drive Morgantown, WV 26508** | **Advance Refrigeration, Inc.** | ☑ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.2 **Dietrich Steve Fansler** | **3120 Fairway Drive Morgantown, WV 26508** | **FK Everest, Inc** | ☑ D __2.4__ ☐ E/F ____ ☐ G ____ |
| 2.3 **Dietrich Steve Fansler** | **3120 Fairway Drive Morgantown, WV 26508** | **Jackson Kelly, PLLC** | ☑ D __2.7__ ☐ E/F ____ ☐ G ____ |
| 2.4 **Dietrich Steve Fansler** | **3120 Fairway Drive Morgantown, WV 26508** | **Mercantile Realty, Inc.** | ☑ D __2.8__ ☐ E/F ____ ☐ G ____ |

---

**Fill in this information to identify the case:**

Debtor name    **Pin Oak Properties, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)    _____

☐ Check if this is an
amended filing

---

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy           04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$498,205.41** |
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$1,934,998.42** |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$3,576,000.95** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Travelers** P.O. Box 361136 Columbus, OH 43236 | 03/2017 thru 05/2017 | $13,890.77 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☑ Other **Liability insurance.** |
| 3.2. **Mon Power** P.O. Box 3615 Akron, OH 44309 | 03/2017 thru 05/2017 | $19,728.11 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☑ Other **Electric.** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☑ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|--------------------------------------------|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|-------------------------------------------|-------------|-------|

| Part 5: | Certain Losses |
|---------|----------------|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|-----------------------------------------------------------|------------------------------------------|---------------|------------------------|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---------------------------------------------------|-------------------------------------------------|-------|-----------------------|
| 11.1. | **Gianola, Barnum, Bechtel & Jecklin, LC 1714 Mileground Morgantown, WV 26505** | $250 an hour for attorney fees. Placed $10,000 in client's escrow account. | 06/06/17 | $10,000.00 |
| | **Email or website address djecklin@gbbjlaw.com** | | | |
| | **Who made the payment, if not debtor? Dietrich Steven Fansler** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|-------------------------|-----------------------------------|---------------------------|-----------------------|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

---

| Part 7: | Previous Locations |
| --- | --- |

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

| Part 8: | Health Care Bankruptcies |
| --- | --- |

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

| Part 9: | Personally Identifiable Information |
| --- | --- |

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
| --- | --- |

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- | --- |
| 18.1. | **BB&T Bank 496 High Street Morgantown, WV 26505** | **XXXX-** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **10/2016 -BB&T closed five checking accounts and applied funds to the loan purchased by General Acquistions, LLC.** | **$0.00** |

---

No. 1:17-bk-00608    Doc 1    Filed 06/07/17    Entered 06/07/17 16:44:49    Page 34 of 46

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. | **Tracy Fansler**<br>**3120 Fairway Drive**<br>**Morgantown, WV 26508** | **2004 thru present** |
| 26a.2. | **Steve Williams, CPA**<br>**Tetrick & Bartlett, PLLC**<br>**1517 Mary Lou Retton Drive**<br>**Fairmont, WV 26554** | **2017** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Dietrich Steve Fansler and Tracy Fansler**<br>**3120 Fairway Drive**<br>**Morgantown, WV 26508** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Dietrich Steve Fansler | 3120 Fairway Drive Morgantown, WV 26508 | Managing Member | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **Dietrich Steve Fansler 3120 Fairway Drive Morgantown, WV 26508** | **$91,064.85** | **01/01/2016 - 12/31/2016** | **Withdrawals, distributions.** |
| | **Relationship to debtor Managing Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

No. 1:17-bk-00608    Doc 1    Filed 06/07/17    Entered 06/07/17 16:44:49    Page 37 of 46

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  7, 2017**

**/s/ Dietrich Steve Fansler**                                   **Dietrich Steve Fansler**
Signature of individual signing on behalf of the debtor           Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

■ No
☐ Yes

**United States Bankruptcy Court**
**Northern District of West Virginia**

In re    **Pin Oak Properties, LLC**                               Case No. _____

                                  Debtor(s)            Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Dietrich Steve Fansler**<br>**3120 Fairway Drive**<br>**Morgantown, WV 26508** | | **100%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **June 7, 2017**                               Signature   **/s/ Dietrich Steve Fansler**

                                                                   **Dietrich Steve Fansler**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Northern District of West Virginia

In re  **Pin Oak Properties, LLC**                                    Case No.

                                         Debtor(s)          Chapter        **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                                    $   $250.00 hourly rate

    Prior to the filing of this statement I have received                          $   $10,000.00

    Balance Due                                                                    $

2.  The source of the compensation paid to me was:

    ☐ Debtor     ☑ Other (specify):     **Dietrich Steve Fansler**

3.  The source of compensation to be paid to me is:

    ☑ Debtor     ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods. Work on refinancing primary secured loan on real
        property with a third party lender to reduce monthly payments.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**June  7, 2017**                              **/s/ David M. Jecklin**
*Date*                                         **David M. Jecklin 9678**
                                               *Signature of Attorney*
                                               **Gianola, Barnum, Bechtel & Jecklin, LC**
                                               **1714 Mileground**
                                               **Morgantown, WV 26505**
                                               **(304) 291-6300   Fax: (304) 291-6307**
                                               **djecklin@gbbjlaw.com**
                                               *Name of law firm*

---

## United States Bankruptcy Court
### Northern District of West Virginia

In re   **Pin Oak Properties, LLC** _____   Case No. _____

                                        Debtor(s)        Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June  7, 2017** _____        **/s/ Dietrich Steve Fansler** _____

                                        **Dietrich Steve Fansler**/**Managing Member**
                                        Signer/Title

```
Pin Oak Properties, LLC
3120 Fairway Drive
Morgantown, WV 26508


David M. Jecklin
Gianola, Barnum, Bechtel & Jecklin, LC
1714 Mileground
Morgantown, WV 26505


Aaron's
56319 National Road
Bridgeport, OH 43912


Advance Refrigeration, Inc.
689 Fairchance Road
Morgantown, WV 26508


BB&T
127 W Webster Street
Whiteville, NC 28472


Bioscript Infusion Services, LLC
100 Clearbrook Road, 3rd Fl
Elmsford, NY 10523


City Neon, Inc.
c/o Michael L. Solomon
Solomon & Solomon
330 Chestnut Street
Morgantown, WV 26505


City of Fairmont
P.O. Box 182304
Columbus, OH 43218


Clear Mountain Bank
P.O. Box 205
Bruceton Mills, WV 26525


CW Stickley
69 Middletown Road
White Hall, WV 26554
```

D & S Collectibles
9479 Middletown Mall
White Hall, WV 26554


D&M Properties, LLC
c/o Martin A. Burdoff
21 New England Circle
Fairmont, WV 26554


Deep Valley, LLC
24 Arrow Lane
Mannington, WV 26582


Diane's Hallmark
9357 Middletown Mall
Fairmont, WV 26554


Dietrich Steve Fansler
3120 Fairway Drive
Morgantown, WV 26508


Dolgencorp, LLC
Attn: Director of Lease Renewals
Re: Store #900
100 Mission Ridge
Goodlettsville, TN 37072


Don Burrito of Fairmont, Inc.
Attn: Francisco Guerrero
57 Norway Loop Road
Fairmont, WV 26554


FK Everest, Inc
140 Business, Park Dr,
Fairmont, WV 26554


G.S.A.
U.S.G.S.A.
The Strawbridge's Building
20 North Eight Street
Philadelphia, PA 19107


General Acquistions, LLC
6200 Mid Atlantic Drive
Morgantown, WV 26508

Gianola, Barnum, Bechtel & Jecklin, LC
1714 Mileground
Morgantown, WV 26505

Hardee's
7490 Clubhouse Rd.
Boulder, CO 80301

High Life Lounge
9723 Mall Loop
White Hall, WV 26554

Internal Revenue Service
P.O. Box 145595
Cincinnati, OH 45250

Jackson Kelly, PLLC
P.O. Box 553
Charleston, WV 25322

K.B. & B. Associates, Inc.
dba Mattress Warehouse
Legal Deptartment
2982 Winfield Road
Winfield, WV 25213

Lee's Drywall
243 Hidden Meadow Lane
Swanton, MD 21561

Marion County Sheriff Tax Office
200 Jackson St 101
Fairmont, WV 26555

Master Cuts #4926
7201 Metro Boulevard
Minneapolis, MN 55439

Mercantile Realty, Inc.
Chelsae Richmond
Robinson & McElwee, PLLC
P.O. Box 1791
Charleston, WV 25326

Morgantown Security & Fire
P.O. Box 645353
Pittsburgh, PA 15264


Peoples Gas
P.O. Box 645345
Pittsburgh, PA 15264


R.D. Wilson Sons & Company
P.O. Box 1486
Clarksburg, WV 26301


RDR Properties
6200 Mid Atlantic Drive
Morgantown, WV 26508


Reeder & Shuman
256 High Street
Morgantown, WV 26507


Regis Corp
7201 Metro Boulevard
Minneapolis, MN 55439


Rosso Roofing
121 Railroad Street
Uniontown, PA 15401


Security Systems of America
500 Admore Blvd
Pittsburgh, PA 15221


SNS Foods, Inc.
Attn: Tom Jamieson
107 Regency Drive
Uniontown, PA 15401


Southern Air
P.O. Box 4205
Lynchburg, VA 24502


State of WV Tax Dept.
P.O. Box 2745
Charleston, WV 25330

Subway Store No. 11204
9547 Middletown Mall
Fairmont, WV 26554


The Jewelers Bench
9329 Middletown Mall
Fairmont, WV 26554


Town of White Hall
3 Timrod Dr, Fairmont
Fairmont, WV 26554


Travelers
P.O. Box 361136
Columbus, OH 43236


United States of America Baltimore Dist.
U.S. Army Engineer Dist.
City Crescent Building
Seventh Floor, Ste 7600
Baltimore, MD 21201


Water Warner & Harris
P.O. Box 1716
Clarksburg, WV 26302


West Virginia State Tax Department
Bankruptcy Division
P.O. Box 766
Charleston, WV 25323


WorkForce WV Legal Section
112 California Avenue
Charleston, WV 25305


WV Insurance Commissioner
P.O. Box 50540
Charleston, WV 25305


WV Unemployment Compensation Div.
P.O. Box 2573
Charleston, WV 25301

# United States Bankruptcy Court
## Northern District of West Virginia

In re   **Pin Oak Properties, LLC**
_____   Case No.   _____
                                    Debtor(s)       Chapter      **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Pin Oak Properties, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June  7, 2017
_____
Date

**/s/ David M. Jecklin**
_____
**David M. Jecklin 9678**
Signature of Attorney or Litigant
Counsel for   **Pin Oak Properties, LLC**
**Gianola, Barnum, Bechtel & Jecklin, LC**
**1714 Mileground**
**Morgantown, WV 26505**
**(304) 291-6300 Fax:(304) 291-6307**
**djecklin@gbbjlaw.com**